IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

    Plaintiff,                     No. CIV S-08-1413 DAD P

    vs.

SOLIMAN, et al.,                  <u>ORDER AND</u>

    Defendants.             <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

          Plaintiff is a state prisoner proceeding pro se. Plaintiff's complaint was filed with the court on June 20, 2008. The court's own records reveal that on June 13, 2008, plaintiff filed a complaint containing virtually identical allegations against the same defendant. (No. Civ. S-08-1343 KJM P).[1] Due to the duplicative nature of the present action, the court will recommend that the complaint in this action be dismissed. The court will also issue an order directing that the complaint filed in this action be filed in case number Civ. S-08-1343 KJM P.

          Accordingly, IT IS HEREBY ORDERED that:

          1. The Clerk of the Court is directed to randomly assign a United States District Judge to this action;

/////

---

[1] A court may take judicial notice of court records. <u>See</u> <u>MGIC Indem. Co. v. Weisman</u>, 803 F.2d 500, 505 (9th Cir. 1986); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980).

    2. The complaint filed in this action on June 20, 2008, be filed in case number Civ. S-08-1343 KJM P, with the file date of June 20, 2008; and

    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
win1413.23